**DENIED**
BY ORDER OF THE COURT
Dated: 2/25/2022

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGEND GROUP INC., a New York corporation, TJX COMPANIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09079-MCS (MAA)<br><br>*[PROPOSED]* **ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint served: February 10, 2022<br>Old response date: March 3, 2022<br>New response date: April 18, 2022 |

*[PROPOSED]* ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS

EAST\188324885.1

1  Pursuant to the stipulation and joint motion of the parties and for good
2  cause shown, the time for Defendant The TJX Companies, Inc. to answer or
3  otherwise respond to Plaintiff Therabody, Inc.'s First Amended Complaint is
4  extended to and including April 18, 2022.

5

6                                          **DENIED**
7  DATED: _____    By: __BY ORDER OF THE COURT__
                                     Hon. Mark C. Scarsi
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EAST\188324885.1                              1
*[PROPOSED]* ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
BY MORE THAN 30 DAYS