NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:21-cv-09079-MCS-MAA** | Date: **May 3, 2022** |
| Title | **Therabody, Inc. v. Legend Group, Inc.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| | |
|---|---|
| Narissa Estrada | XtR 5/3/22 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Gregory S. Cordrey | Christopher Evans |
| | Michael D. Jay |
| | Perry Wu |

**Proceedings (Telephonic):**   **Informal Discovery Conference (ECF No. 41)**

Case is called. Counsel make their appearances.

Before the Court is the parties' first informal discovery conference, which the Court names "IDC 1." Through IDC 1, Plaintiff Therabody, Inc. seeks an order permitting early jurisdictional discovery from Defendant Legend Group, Inc.

The Court confers with the parties. The Court concludes that Plaintiff's IDC 1 request is not properly before the Court for one of two reasons:

1. the request involves early discovery not yet available under Federal Rule of Civil Procedure 26(d), and thus is governed by the scheduling of the case, which is strictly the province of the Honorable Mark C. Scarsi, the District Judge assigned to the case, or
2. depending on the interpretation given to Paragraph 8b of Judge Scarsi's Standing Order (ECF No. 12 at ¶ 8b), the discovery Plaintiff seeks to conduct is not considered early discovery and already is permitted. The Court offers no opinion regarding the interpretation of Paragraph 8b of Judge Scarsi's Standing Order and **DIRECTS** the parties to seek guidance in that regard from Judge Scarsi.

It is so ordered.   **Time in Court: 0:25**